**Fay OVERFIELD, a/k/a Fay Mahurin, Appellant,**

v.

**Richard HILL, d/b/a Hill Roofing, Respondent.**

**No. WD 42863.**

Missouri Court of Appeals, Western District.

Sept. 4, 1990.

Motion for Rehearing and/or Transfer to Supreme Court Denied Oct. 30, 1990.

Fay Overfield, pro se.

Debra L. Spence, Kansas City, for respondent.

Before LOWENSTEIN, P.J., and FENNER and ULRICH, JJ.

### ORDER

PER CURIAM:

Appeal from judgment in favor of Richard Hill d/b/a Hill Roofing upon Hill's contract action.

Judgment affirmed. Rule 84.16(b).

**Emmett PENDERGRAS, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 42905.**

Missouri Court of Appeals, Western District.

Sept. 4, 1990.

Motion for Rehearing and/or Transfer to Supreme Court Denied Oct. 2, 1990.

Application to Transfer Denied Nov. 20, 1990.

David S. Durbin, Appellate Defender, Terri L. Backhus, Asst. Appellate Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., Stewart M. Freilich, Asst. Atty. Gen., Jefferson City, for respondent.

Before LOWENSTEIN, P.J., and KENNEDY and ULRICH, JJ.

### ORDER

PER CURIAM:

From denial of a Rule 27.26 (repealed) motion, the movant raises two points: 1) his motion for new trial should have been sustained because of newly discovered evidence, and 2) counsel failed to advise him of the right to a change of judge.

Judgment affirmed. Rule 84.16(b).